**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ciji KIDD, Defendant–Appellant.**

**No. 08–50299.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 2, 2010.

Craig Missakian, Esquire, Assistant U.S., J. Lana Morton–Owens, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esquire, Assistant Federal Public Defender, FPDCA—Feder-

al Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Ciji Kidd appeals from the district court's denial of her motion for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Kidd contends that the district court erred by determining that it would not reduce her sentence pursuant to Amendment 706 of the United States Sentencing Guidelines. This contention fails because Kidd's sentence was based on a statutory minimum. *See United States v. Paulk,* 569 F.3d 1094, 1095 (9th Cir.2009) (per curiam). Kidd argues that the statutory mandatory minimum was inapplicable because she never admitted as part of her guilty plea that her offense involved crack cocaine. This contention fails, *see id.,* and, in any event, is belied by the record.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.